# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MATTIE CONDON, ET AL | NO.: 3-23-CV-00695-VDO |
| v. | |
| TOWN OF BROOKFIELD, et al | |

### AFFIDAVIT

I, Kristan M. Jakiela, being duly sworn, do hereby depose and say:

1. I am over the age of eighteen;

2. I believe in the obligations of an oath;

3. I have personal knowledge of the facts stated herein:

4. On August 7, 2024 and August 26 2024 I spoke telephonically with counsel for the plaintiffs, Attorney Catherine Keenan, in a good faith effort to eliminate or reduce the area of controversy with respect to written discovery propounded on Mr. Rountos.

5. Despite our good faith attempts, Attorney Keenan and I were unable to come to an agreement on the issues pertaining to written discovery propounded on Mr. Rountos.

Signed under the penalty of perjury this 26th day of August, 2024.

_____
Kristan M. Jakiela